UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Sterling B. Scott, II,

        Petitioner,

   v.

J. Brown, Warden,

        Respondent.

                                        /

No. C 04-2982 PJH (PR)

**ORDER TO SUPPLEMENT HABEAS RECORD**

This is a habeas action under 28 U.S.C. § 2254. Petitioner pled guilty to second-degree murder in 1981. He received a sentence of fifteen years to life in prison. In 2003, the Board of Prison Terms deemed petitioner suitable for parole, but that decision was reversed by the governor. Among other things, petitioner asserts that the governor violated due process by mischaracterizing the commitment offense, relying on old precommitment factors, and reversing the Board's decision without evidence of current dangerousness.

In reversing the Board of Prison Term's decision, the governor relied on the probation officer's report. That report was not included in the record provided to this court. In order to properly analyze petitioner's claims, this court must have before it the same record that the governor reviewed. Therefore, **IT IS ORDERED** that the Attorney General provide a complete copy of the materials that were before the governor, including the probation report, within twenty-one days from the date this order is entered.

**IT IS SO ORDERED.**

Dated: June 25, 2008.

                                                   PHYLLIS J. HAMILTON
                                                 United States District Judge

G:\PRO-SE\PJH\HC.04\SCOTT982.RECORD.wpd